No. 00–6094. RICHARDS *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 00–6097. KINGS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6113. ROBERTS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6126. WOOTTON *v.* LEONETTE ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6127. TOWNSEND *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–6147. ZAVALA-SUSTAITA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6150. ROMERO *v.* FURLONG, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–6156. ANDERSON *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–6162. EZEIRUAKU *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–6166. RAMIREZ-ZUNIGA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6179. CEBREROS-VALLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6180. WOODS *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 00–6181. WILLIAMS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6191. BASDEN *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Duplin County, N. C. Certiorari denied.